# Exhibit 1



**null / ALL**
**Transmittal Number: 28382418**
**Date Processed: 01/24/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sherry Robinson<br>Nissan North America, Inc.<br>One Nissan Way<br>Franklin, TN 37067-6367 |
| **Electronic copy provided to:** | Kimberly Ross<br>Catherine Reidy<br>Tonya Brooks<br>Samaritan Potter<br>Stephanie Brock<br>Courtney Smith<br>Illianov Lopez<br>Sandy Hughes |

| | |
|---|---|
| **Entity:** | Nissan North America, Inc.<br>Entity ID Number  0505342 |
| **Entity Served:** | Nissan North America, Inc. |
| **Title of Action:** | Donna Mann vs. Nissan Motor Co. Ltd. |
| **Matter Name/ID:** | Donna Mann vs. Nissan Motor Co. Ltd. (15168938) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Ogle County Circuit Court, IL |
| **Case/Reference No:** | 2024LA3 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 01/24/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Collins Law Firm, P.C.<br>630-527-1595 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Ogle ☑ **COUNTY** | **SUMMONS** | | *For Court Use Only* |

| **Instructions ▼** | | | |
|---|---|---|---|
| Enter above the county name where the case was filed. | Donna Mann<br>**Plaintiff / Petitioner** *(First, middle, last name)* | | |
| Enter your name as Plaintiff/Petitioner. | v. | | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Nissan Motor Co. Ltd.,<br>Nissan North America, Inc. and<br>Nissan Design America, Inc. | **2024LA3**<br><br>**Case Number** | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | | |

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.

- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.

- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.

- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.

- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.
**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.**     **Defendant/Respondent's address and service information:** |

**1.**     **Defendant/Respondent's address and service information:**

     a.     Defendant/Respondent's primary address/information for service:

        Name *(First, Middle, Last)*:   Nissan Motor Co. Ltd.

        Registered Agent's name, if any:   Illinois Corporation Service Company

        Street Address, Unit #:   801 Adlai Stevenson Drive

        City, State, ZIP:   Springfield, IL 62703

        Telephone: _____ Email: _____

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

     b.     If you have more than one address where Defendant/Respondent might be found, list that here:

        Name *(First, Middle, Last)*: _____

        Street Address, Unit #: _____

        City, State, ZIP: _____

        Telephone: _____ Email: _____

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

     c.     Method of service on Defendant/Respondent:

        ☐ Sheriff        ☐ Sheriff outside Illinois: _____

                                                           *County & State*

        ☑ Special process server        ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☑    **I am serving more than 1 Defendant/Respondent.**

I have attached   2   *Additional Defendant/Respondent Address*
              *Number*

and Service Information forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2.**     **Information about the lawsuit:**

     a.     Amount claimed:   $ 50,000.01

     ☐   b.     I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3.**     **Contact information for the Plaintiff/Petitioner:**

     Name *(First, Middle, Last)*: John D. Risvold - The Collins Law Firm, P.C.

     Street Address, Unit #:   1770 Park Street, Suite 200

     City, State, ZIP:   Naperville, IL 60563

     Telephone:   (630) 527-1595      Email:   jrisvold@collinslaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4.**     **Instructions for person receiving this *Summons* (Defendant):**

     ☑   a.     To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

        Address:   Ogle County Circuit Court - 106 5th Street

        City, State, ZIP:   Oregon, IL 61061

| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. |
|---|

☐ b. Attend court:

On: _____ at _____ ☐ a.m. ☐ p.m. in _____
      *Date*             *Time*                         *Courtroom*

**In-person at:**

_____    _____          _____   _____
*Courthouse Address*     *City*                    *State*     *ZIP*

OR

| In 4b, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

    By telephone: _____
                     *Call-in number for telephone remote appearance*

    By video conference: _____
                         *Video conference website*

    _____
    *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                         *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
   *Website*

| STOP! The Circuit Clerk will fill in this section. |
|---|

1/22/2024

Witness this Date:

Clerk of the Court: *Kimberly A. Stahl* MK

Ogle County Illinois — Court of the Fifteenth Judicial Circuit [seal] of Court

| **STOP! The officer or process server will fill in the Date of Service** |
|---|
| **Note to officer or process server:** |
| • If 4a is checked, this *Summons* must be served within 30 days of the witness date. |
| • If 4b is checked, this *Summons* must be served at least 40 days before the court date, unless 2b is also checked. |
|     o If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date. |

Date of Service: _____
               *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: _____

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT**<br><br>Ogle ☑ **COUNTY** | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Donna Mann<br>_____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Nissan Motor Co. Ltd.,<br>_____<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
    *First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        ☐ Male    ☐ Female    ☐ Non-Binary    Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        ☐ Male    ☐ Female    ☐ Non-Binary    Approx. Age: _____ Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on this date: _____ .

    ☐ On the Corporation's agent, _____
                       *First, Middle, Last*
        ☐ Male    ☐ Female    ☐ Non-Binary    Approx. Age: _____ Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_____
*Signature by:*    ☐ Sheriff
                   ☐ Sheriff outside Illinois:

                   _____
                   *County and State*
                   ☐ Special process server
                   ☐ Licensed private
                      detective

_____
*Print Name*

**FEES**
Service and Return:    $ _____
Miles _____       $ _____
Total                  $ 0.00 _____

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Ogle ☑ COUNTY | ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION FOR SUMMONS | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)*<br>Donna Mann | |
| Enter your name as Plaintiff/Petitioner. | | |
| Below "Defendants/Respondents," enter the names of all people you are suing. | v.<br><br>**Defendants / Respondents** *(First, middle, last name)*<br>Nissan Motor Co. Ltd., | **2024LA3** |
| Enter the Case Number given by the Circuit Clerk. | Nissan North America, Inc. and<br>Nissan Design America, Inc. | **Case Number** |
| | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| | |
|---|---|
| In **1a**, enter the name and address of the next Defendant/Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** Next Defendant/Respondent's address and service information:<br><br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Nissan North America, Inc.<br>Registered Agent's name, if any: Illinois Corporation Service Company<br>Street Address, Unit #: 801 Adlai Stevenson Drive<br>City, State, ZIP: Springfield, IL 62703<br>Telephone: _____ Email: _____ |
| In **1b**, enter a second address for this Defendant/Respondent if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to this Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff   ☐ Sheriff outside Illinois: _____<br> *County & State* <br>☑ Special process server   ☐ Licensed private detective |

SU-S 1503.3                         Page 1 of 1                         (05/23)

FILED
OGLE COUNTY ILLINOIS
1/18/2024 3:54 PM
KIMBERLY A. STAHL
CLERK OF THE CIRCUIT COURT

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## OGLE COUNTY, ILLINOIS

|  |  |
|---|---|
| DONNA MANN, | ) |
| Plaintiff, | ) |
|  | ) |
| Vs. | ) |
|  | ) Case No.: **2024LA3** |
| NISSAN MOTOR CO. LTD., | ) |
| NISSAN NORTH AMERICA, INC. and | ) |
| NISSAN DESIGN AMERICA, INC. | ) |
|  | ) |
| Defendants. | ) |

### COMPLAINT AT LAW

Now comes Plaintiff, Donna Mann, by and through her attorneys, The Collins Law Firm, P.C. and states for her Complaint against Defendants, Nissan Motor Co. Ltd., Nissan North America, Inc., Nissan Design America, Inc., as follows:

### PARTIES

1.     Plaintiff, Donna Mann, is a resident of the State of Illinois.

2.     Defendant Nissan Motor Co., Ltd, on information and belief is a Japanese company with its principal place of business in Japan and at all relevant times was engaged in the business of designing, manufacturing, and selling automobiles, in the United States, including Illinois.

3.     Defendant Nissan North America, Inc., upon information and belief is a Delaware company with its principal place of business in Tennessee, and at all relevant times was engaged in the business of designing, manufacturing, and selling automobiles in the United States, including Illinois.

4.     Defendant Nissan Design America, Inc., upon information and belief is a Delaware company with its principal place of business in California, and at all relevant times was engaged in the business of designing, manufacturing, and selling automobiles in the United States, including Illinois.

## JURISDICTION and VENUE

5.     This Court has jurisdiction over this matter pursuant to 735 ILCS 5/2-101. Venue

proper in this County, as the Defendants were doing business in Ogle County, and the occurrence

giving rise to this complaint took place in Ogle County.

## GENERAL ALLEGATIONS

6.     Prior to April 10, 2023, Defendants, by and through their subsidiaries, agents,

apparent agents, and employees, manufactured, designed, assembled, distributed, and placed into

the stream of commerce a certain automobile called a Nissan Rogue, model year 2021. ("the

Rogue" or "Rogue").

7.     Prior to April 10, 2023, Defendants sold automobiles including the Rogue to

various certified dealerships in Illinois for subsequent resale.

8.     Prior to April 10, 2023, Plaintiff purchased the Rogue from Ken Nelson Nissan, a

certified Nissan Dealer, located at 928 N Galena Ave, Dixon, Illinois.

9.     Prior to April 10, 2023, Defendants were aware that its automobiles were marketed

for resale by certified dealerships and other vendors to residents of multiple states, including to

residents of Illinois.

10.     On or about April 10, 2023, Plaintiff purchased the Rogue, designed, manufactured,

assembled, and distributed by Defendants.

11.     On or about April 10, 2023, the Rogue was designed to automatically shift into

park, if the vehicle was in gear and the driver's seatbelt was disengaged, and the driver's door was

opened.

12.     On April 10, 2023, Plaintiff was preparing to back out of her driveway in the Rogue,

and shifted the car into reverse, but stopped to retrieve an item from her home.

2

13.     Plaintiff's driveway has a slight decline away from the garage and toward the street.

14.     At said time and place, Plaintiff was operating the vehicle in a normal and foreseeable manner.

15.     At said time and place, Plaintiff, believing she had shifted the vehicle back into park, unbuckled her seatbelt and opened the driver's door.

16.     At said time and place, the vehicle remained in reverse and did not automatically shift into park, despite the Driver's seatbelt being disengaged, and the driver's door being opened.

17.     At said time and place, the car was at a complete stop when Plaintiff proceeded to exit the vehicle.

18.     At said time and place, Defendants' Rogue, failed to shift into park, or apply the emergency brake, upon opening the driver's door, allowing the car to reverse and roll over Plaintiff, causing her catastrophic injuries.

19.     Plaintiff was injured when the Rogue failed to apply the emergency brake, automatic braking system, chassis brake or shift automatically into park, once the driver's door was open, causing Plaintiff to be rolled over and causing serious and permanent injuries.

20.     An inspection of the vehicle after the incident revealed that the automatic braking system intended to be employed when the driver's door is opened, and the driver's seat belt disengaged, is defective in its design, assembly and/or manufacture.

### COUNT I – STRICT PRODUCT LIABILITY (Nissan Motor Co. Ltd)

21.     Plaintiff repeats, realleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as Paragraph 21 of Count I as though fully set forth herein.

3

22.     On and prior to April 10, 2023, Defendant, Nissan Motor Co. Ltd., was engaged in the business of designing, manufacturing, distributing and selling automobiles, including the 2021 Nissan Rogue.

23.     That at the time the Rogue was designed, manufactured and sold and left the possession of Defendant, it was defective and not reasonably safe for its intended use in that certain the vehicle's controller area network bus was insufficiently powered and inadequately designed, further the Rogue was defective in that  after opening the driver's door, the Rogue did not automatically shift into park, or automatically apply the emergency brake, to prevent the vehicle from rolling away or moving.

24.     That the defects in the Rogue existed when the Rogue left the control of the Defendant, making the Rogue unreasonably dangerous because it failed to perform in the manner reasonably to be expected in light of the Rogue's nature and intended function.

25.     That the defective, unsafe, and unreasonably dangerous condition of the Rogue continued up to and including the time of the occurrence complained of.

26.     That as a direct and proximate result of the defective, unsafe, and unreasonably dangerous condition of the Rogue, it rolled away and rolled over Plaintiff's legs causing severe and permanent injuries to the Plaintiff including, *inter alia*, disfigurement, pain and suffering, medical expenses, and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN MOTOR CO. LTD. in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

## COUNT II – NEGLIGENT MANUFACTURE (Nissan Motor Co. Ltd.)

4

27.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1-20 as paragraph 27 of Count II as though fully set forth herein.

28.     That at all relevant times, Defendant had a duty to manufacture automobiles including the Rogue, free from defects and fit for its intended, anticipated or reasonably foreseeable use.

29.     Defendant, by and through its agents and employees breached its duty to Plaintiff through one or more of the following negligent acts and/or omissions:

   a.    Designed the Rogue in a defective way making the Rogue unreasonably dangerous for its intended, anticipated or reasonably foreseeable use;

   b.    Manufactured the Rogue in a defective way making the Rogue unreasonably dangerous for its intended, anticipated or reasonably foreseeable use;

   c.    Failed to properly assemble the Rogue;

   d.    Failed to manufacture the Rogue free from defects;

   e.    Failed to adequately test the Rogue to ensure all components were free from defects and safe for use;

   f.    Failed to adequately test the Rogue to ensure that all components requiring power, received sufficient and adequate power to ensure safe operation;

   g.    Sold and distributed the Rogue in a defective condition; and

   h.    Otherwise failed to do what a reasonable manufacturer would have done in the design, assembly and/or manufacture of the Rogue.

30.     That as a direct and proximate result, of the defective, unsafe and unreasonably dangerous condition of the Rogue, it rolled away and over Plaintiff causing severe and permanent injuries to the Plaintiff including, *inter alia*, disfigurement, pain and suffering, medical expenses, lost wages and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN MOTOR CO. LTD., in an amount necessary to fully and fairly compensate Plaintiff for his injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

### COUNT III – BREACH OF IMPLIED WARRANTY (Nissan Motor Co. Ltd.)

31. Plaintiff repeats, realleges and incorporates by reference paragraphs 1-20 as paragraph 31 of Count III as though fully set forth herein.

32. The Rogue, designed, manufactured, and sold by Defendant, contained an implied warranty that it was of merchantable quality pursuant to the Uniform Commercial Code and would function as intended.

33. Defendant breached the implied warranty in that the Rogue was not of merchantable quality.

34. As a direct and proximate result of Defendant's breach of its implied warranty, Plaintiff was injured and sustained damage including, *inter alia*, disfigurement, pain and suffering, medical expenses, and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN MOTOR CO. LTD. in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

### COUNT IV– STRICT PRODUCT LIABILITY (Nissan North America, Inc.)

35. Plaintiff repeats, realleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as Paragraph 35 of Count IV as though fully set forth herein.

36.     On and prior to April 10, 2023, Defendant, Nissan North America, Inc., was engaged in the business of designing, assembling, manufacturing, distributing, and selling automobiles, including the 2021 Nissan Rogue.

37.     That at the time the Rogue was designed, manufactured and sold and left the possession of Defendant, it was defective and not reasonably safe for its intended use in that certain the vehicle's controller area network bus was insufficiently powered and inadequately designed, further the Rogue was defective in that after opening the driver's door, the Rogue did not automatically shift into park, or automatically apply the emergency brake, to prevent the vehicle from rolling away or moving.

38.     That the defects in the Rogue existed when the Rogue left the control of the Defendant, making the Rogue unreasonably dangerous because it failed to perform in the manner reasonably to be expected in light of the Rogue's nature and intended function.

39.     That the defective, unsafe and unreasonably dangerous condition of the Rogue continued up to and including the time of the occurrence complained of.

40.     That as a direct and proximate result of the defective, unsafe and unreasonably dangerous condition of the Rogue, it rolled away and rolled over Plaintiff's legs causing severe and permanent injuries to the Plaintiff including, *inter alia*, disfigurement, pain and suffering, medical expenses, and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN NORTH AMERICA, INC. in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

### COUNT V – NEGLIGENT MANUFACTURE (Nissan North America, Inc.)

41.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1-20 as paragraph 41 of Count V as though fully set forth herein.

42.     That at all relevant times, Defendant had a duty to manufacture automobiles including the Rogue, free from defects and fit for its intended, anticipated or reasonably foreseeable use.

43.     Defendant, by and through its agents and employees breached its duty to Plaintiff through one or more of the following negligent acts and/or omissions:

   a.   Designed the Rogue in a defective way making the Rogue unreasonably dangerous for its intended, anticipated or reasonably foreseeable use;

   b.   Manufactured the Rogue in a defective way making the Rogue unreasonably dangerous for its intended, anticipated or reasonably foreseeable use;

   c.   Failed to properly assemble the Rogue;

   d.   Failed to manufacture the Rogue free from defects;

   e.   Failed to adequately test the Rogue to ensure all components were free from defects and safe for use;

   f.   Failed to adequately test the Rogue to ensure that all components requiring power, received sufficient and adequate power to ensure safe operation;

   g.   Sold and distributed the Rogue in a defective condition; and

   h.   Otherwise failed to do what a reasonable manufacturer would have done in the design, assembly and/or manufacture of the Rogue.

44.     That as a direct and proximate result, of the defective, unsafe, and unreasonably dangerous condition of the Rogue, it rolled away and over Plaintiff causing severe and permanent injuries to the Plaintiff including, *inter alia*, disfigurement, pain and suffering, medical expenses, lost wages and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN NORTH AMERICA, INC., in an amount necessary to fully and

fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

### COUNT VI – BREACH OF IMPLIED WARRANTY (Nissan North America Inc.)

45.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1-20 as paragraph 45 of Count VI as though fully set forth herein.

46.     The Rogue, designed, manufactured, and sold by Defendant Nissan North America, Inc., contained an implied warranty that it was of merchantable quality pursuant to the Uniform Commercial Code and would function as intended.

47.     Defendant breached the implied warranty in that the Rogue was not of merchantable quality.

48.     As a direct and proximate result of Defendant's breach of its implied warranty, Plaintiff was injured and sustained damage including, *inter alia*, disfigurement, pain and suffering, medical expenses, and loss of a normal life.

         WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN NORTH AMERICA, INC., in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

### COUNT VII – STRICT PRODUCT LIABILITY (Nissan Design America, Inc.)

49.     Plaintiff repeats, realleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 as Paragraph 49 of Count VII as though fully set forth herein.

50.     On and prior to April 10, 2023, Defendant, Nissan Design America, Inc., was engaged in the business of designing, manufacturing, distributing and selling automobiles, including the 2021 Nissan Rogue.

9

51.     That at the time the Rogue was designed, manufactured and sold and left the possession of Defendant, it was defective and not reasonably safe for its intended use in that certain the vehicle's controller area network bus was insufficiently powered and inadequately designed, further the Rogue was defective in that after opening the driver's door, the Rogue did not automatically shift into park, or automatically apply the emergency brake, to prevent the vehicle from rolling away or moving.

52.     That the defects in the Rogue existed when the Rogue left the control of the Defendant, making the Rogue unreasonably dangerous because it failed to perform in the manner reasonably to be expected in light of the Rogue's nature and intended function.

53.     That the defective, unsafe, and unreasonably dangerous condition of the Rogue continued up to and including the time of the occurrence complained of.

54.     That as a direct and proximate result of the defective, unsafe, and unreasonably dangerous condition of the Rogue, it rolled away and rolled over Plaintiff's legs causing severe and permanent injuries to the Plaintiff including, *inter alia,* disfigurement, pain and suffering, medical expenses, and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN DESIGN AMERICA, INC. in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

### COUNT VIII – NEGLIGENT MANUFACTURE (Nissan Design America, Inc.)

55.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1-20 as paragraph 55 of Count VIII as though fully set forth herein.

56.     That at all relevant times, Defendant Nissan Design America, Inc., had a duty to design and manufacture automobiles including the Rogue, free from defects and fit for its intended, anticipated or reasonably foreseeable use.

57.     Defendant, by and through its agents and employees breached its duty to Plaintiff through one or more of the following negligent acts and/or omissions:

      a.  Designed the Rogue in a defective way making the Rogue unreasonably dangerous for its intended, anticipated or reasonably foreseeable use;

      b.  Manufactured the Rogue in a defective way making the Rogue unreasonably dangerous for its intended, anticipated or reasonably foreseeable use;

      c.  Failed to properly assemble the Rogue;

      d.  Failed to manufacture the Rogue free from defects;

      e.  Failed to adequately test the Rogue to ensure all components were free from defects and safe for use;

      f.  Failed to adequately test the Rogue to ensure that all components requiring power, received sufficient and adequate power to ensure safe operation;

      g.  Sold and distributed the Rogue in a defective condition; and

      h.  Otherwise failed to do what a reasonable manufacturer would have done in the design, assembly and/or manufacture of the Rogue.

58.     That as a direct and proximate result, of the defective, unsafe and unreasonably dangerous condition of the Rogue, it rolled away and over Plaintiff causing severe and permanent injuries to the Plaintiff including, *inter alia*, disfigurement, pain and suffering, medical expenses, lost wages and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN DESIGN AMERICA, INC., in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

**COUNT IX – BREACH OF IMPLIED WARRANTY (Nissan Design America, Inc.)**

59.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1-20 as paragraph 59 of Count IX as though fully set forth herein.

60.     The Rogue, designed, manufactured, and sold by Defendant, Nissan Design America, Inc., contained an implied warranty that it was of merchantable quality pursuant to the Uniform Commercial Code and would function as intended.

61.     Defendant breached the implied warranty in that the Rogue was not of merchantable quality.

62.     As a direct and proximate result of Defendant's breach of its implied warranty, Plaintiff was injured and sustained damage including, *inter alia*, disfigurement, pain and suffering, medical expenses, and loss of a normal life.

WHEREFORE, it is respectfully requested that judgment be entered in favor of Plaintiff, and against Defendant, NISSAN MOTOR CO. LTD. in an amount necessary to fully and fairly compensate Plaintiff for her injuries and losses, which exceeds $50,000.00, together with the costs of this suit.

Dated: January 18, 2024

Respectfully Submitted,

DONNA MANN

By:    *s/John D. Risvold*
One of Plaintiff's Attorneys

Paul M. Marriett
Law Office of Paul M. Marriett
6735 Vistagreen Way, Suite B
Rockford, IL 61107
(815) 964-8303
paul@marriettlegal.com

John D. Risvold
The Collins Law Firm, P.C.
1770 Park Street, Suite 200
Naperville, IL 60563
(630) 527-1595
jrisvold@collinslaw.com

12

FILED
OGLE COUNTY ILLINOIS
1/18/2024 3:54 PM
KIMBERLY A. STAHL
CLERK OF THE CIRCUIT COURT

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT**
**OGLE COUNTY, ILLINOIS**

| | |
|---|---|
| DONNA MANN, | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) Case No.: **2024LA3** |
| NISSAN MOTOR CO. LTD., | ) |
| NISSAN NORTH AMERICA, INC. and | ) |
| NISSAN DESIGN AMERICA, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## RULE 222 AFFIDAVIT OF DAMAGES

The undersigned being first duly sworn upon oath, deposes and states that it is a party to

the above entitled cause of action seeking money damages and states that this cause of action:

    ____    Does not exceed $50,000.00

    _X_    Does exceed $50,000.00

Dated: January 18, 2024          Respectfully submitted,

                        By:      *s/John D. Risvold*
                                One of Plaintiff's Attorneys

John D. Risvold (#6310016)
THE COLLINS LAW FIRM, P.C.
1770 Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595
jrisvold@collinslaw.com